# CRIMINAL COMPLAINT

## United States District Court

**DISTRICT of ARIZONA**

United States of America
v.
**Carlos Bruno-Guerra**
DOB: XX/XX/1976; **Citizen of** Mexico;
A#: 095 631 006

DOCKET NO.

MAGISTRATE'S CASE NO.

**Complaint for violation of Title 8**   United States Code § 1326 (a); 1325(a)(2)

17-04467MJ

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE UNITED STATES MAGISTRATE JUDGE | LOCATION TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE ON OR ABOUT September 12, 2017 | PLACE OF OFFENSE AT OR NEAR Nogales, Arizona | ADDRESS OF ACCUSED (if known) C 5 de Mayo #46, Tlatlauqitepec, Puebla, Mexico |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about September 12, 2017 at or near Nogales, in the District of Arizona, **Carlos Bruno-Guerra** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through San Luis, Arizona on January 13, 2017 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (a).

**COUNT 2:** On or about September 12, 2017, at or near Nogales, in the District of Arizona, **Carlos Bruno-Guerra** an alien, did attempt to enter the United States of America from the Republic of Mexico by eluding examination or inspection by immigration officers; in violation of Title 8, United States Code §1325(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Carlos Bruno-Guerra** is a citizen of Mexico. On January 13, 2017, **Carlos Bruno-Guerra** was lawfully denied admission, excluded, deported, and removed from the United States through San Luis, Arizona . On September 12, 2017, **Carlos Bruno-Guerra** intentionally attempted to re-enter the United States at or near the DeConcini Port of Entry in Nogales, Arizona by evading examination and inspection by an Immigration Officer. **Carlos Bruno-Guerra** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

Furthermore, **Carlos Bruno-Guerra** admitted to attempting to enter the United States of America from the Republic of Mexico illegally, without being inspected by immigration officers, on or about September 12, 2017, at or near Nogales, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

Authorized by AUSA CMN

SIGNATURE OF COMPLAINANT (official title)
Marco A. Estrada Jr.

OFFICIAL TITLE
CBPO/E

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE

DATE September 13, 2017

1) See Federal rules of Criminal Procedure Rules 3 and 54